AO 242 (Rev. ) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MAY 26 2023
TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RAUL PINEDA

*Petitioner*

v.    Case No. 23-cv-0707 Sec P
*(Supplied by Clerk of Court)*

WARDEN, FCI OAKDALE II

*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: RAUL PINEDA
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FCI OAKDALE II
   (b) Address: P.O. BOX 5010, OAKDALE, LA 71463
      FEDERAL CORRECTIONAL INSTITUTION
   (c) Your identification number: 64133-179
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: US DIST COURT Eastern District of TEXAS
         300 Willow Street, Beaumont, TX 77701
      (b) Docket number of criminal case: 1:10-cr-00070-MAC-CLS-5
      (c) Date of sentencing: 06/20/2011
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain):* CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND COCAINE (CRIMINAL FORFEITURE)(1s)

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: BOP FCI OAKDALE II
   P.O. BOX 5010, OAKDALE, LA 71463
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE AND FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE IN A TIMELY FASHION

   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: TO BE SUPPLEMENTED

       (2) Date of filing: 01/06/2023
       (3) Docket number, case number, or opinion number: 1150353-F1
       (4) Result: denied
       (5) Date of result: 03/07/2023
       (6) Issues raised:
       FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE AND FAILING TO APPLY FSA CREDIT TOWARDS EARLY RELEASE IN A TIMELY FASHION

   (b) If you answered "No," explain why you did not appeal: PETITIONER APPEALED HOWEVER THE HONORABLE COURT IN SIERRA V. I, JACQUEZ, ET AL., 2:22-CV-01509-RSL-BAT, HELD THAT REQUIRING PETITIONER, TO EXHAUST AD REMEDIES WOULD BE TO PERFORM A FUTILE ACT. (EMPHASIS ADDED)

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: N / A

            N / A

        (2) Date of filing:

        (3) Docket number, case number, or opinion number: N / A

        (4) Result: N / A

        (5) Date of result:

        (6) Issues raised:

            N / A
            N / A
            N / A
            N / A
            N / A
            N / A

    (b) If you answered "No," explain why you did not file a second appeal:

        N / A
        N / A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes         ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: N / A

            N / A

        (2) Date of filing:

        (3) Docket number, case number, or opinion number: N / A

        (4) Result: N / A

        (5) Date of result:

        (6) Issues raised: N / A

            N / A
            N / A
            N / A
            N / A
            N / A
            N / A

    (b) If you answered "No," explain why you did not file a third appeal:

        N / A
        N / A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes         ☑ No

If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes         ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised: N/A
N/A
N/A
N/A
N/A
N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised: N/A
N/A
N/A
N/A
N/A
N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A
N/A
N/A
N/A
N/A
N/A
N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number: N / A
(3) Result: N / A
(4) Date of result:
(5) Issues raised:
N / A
N / A
N / A
N / A
N / A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: N / Av
(2) Date of filing:
(3) Case number:
(4) Result: N / A
(5) Date of result:
(6) Issues raised: N / A
N / A
N / A
N / A
N / A
N / A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N / A
(b) Name of the authority, agency, or court: N / A
N / A
(c) Date of filing:
(d) Docket number, case number, or opinion number: N / A
(e) Result: N / A
(f) Date of result:
(g) Issues raised: N / A
Louisiana Western District Court – Alexandria, LAUnited States Post Office
and Courthouse 515 Murray Street Alexandria, LA 71301    N / A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FSA OF 2018 DOES NOT LIST A "DETAINER" AS A GROUND FOR INMATES INELIGIBILITY TO APPLY EARNED FSA CREDITS TOWARDS EARLY RELEASE AND APPLY CREDITS IN A TIMELY FASHION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
18 U.S.C. § 3632(E)(i) STATES IN GENERAL. A PRISONER IS INELIGIBLE TO APPLY TIME CREDIT UNDER SUBPARAGRAPH (c) IF THE PRISONER IS THE SUBJECT "OF" A FINAL ORDER OF REMOVAL UNDER ANY PROVISION OF THE "IMMIGRATION LAW" AS DEFINED IN SECTION 101(a)(17) OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 110)(a)(17).

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** A DETAINER IS NOT A "FINAL ORDER OF REMOVAL" NOR A FINAL ORDER OF DEPORTATION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP's and DOJ's FSA implementation guide clearly states on page 2 paragraph 4 that only inmates with a "final order of deportation" cannot apply earned FSA Credit towards early release.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** UNLAWFUL DETENTION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP is currently detaining me at this point, the right application of earned FSA Credtis would change my projected release date. As an inmate I am not privy to the formulas and information Conselors and BOP Staff implement to calculate FSA Credits. Law library is difficult to attend to COVID 19 created restrictions and hardships. Any request for documentation from counselors usually takes a long time to obtain. Request for an Order to direct BOP/DOJ to produce Petitioner's programming history.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:** FAILURE TO APPLY FSA CREDITS IN A TIMELY FASHION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner seeks to have his FSA credits applied to his sentence so that he would be timely released from his federal criminal sentence. See, United States v. Grossman, 18 Cr. 625 (KMK) (S.D.N.Y. Oct. 10, 2022)

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: WILL SUPPLEMENT WITH ADMINISTRATIVE DOCUMENTS AND EXHIBITS.

## Request for Relief

15. State exactly what you want the court to do: Issue an Order directing BOP: Produce Petitioner's BOP records, Admit or Deny Petitioner's position; Answer Petitioner's Claims; Calculate Petitioner's earned good time under the FSA; Direct BOP to provide Petitioner with necessary files, forms, documentation, and information so Petitioner can provide this honorable Court a correct FSA calculation to determine the exact NEW release date of Petitioner under the FSA; Direct BOP apply earned FSA Credits towards Petitioner's early release as required of Petition

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

FCI OAKDALE IIFEDERAL CORRECTIONAL INSTITUTIONP.O. BOX 5010OAKDALE, LA  71463 -- 5/19/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    05/20/2023

*Raul Pineda*

*Signature of Petitioner*

ActingProSe

*Signature of Attorney or other authorized person, if any*